IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

                Plaintiff,

-vs-                                          Criminal Action No.
                                              19-00315-01/02, 04, 08, 10-CR-W-DGK
LADELE D. SMITH (1),
ROY O. FRANKLN, JR. (2),
DAVID J. DUNCAN, IV (4),
CORY T. BROWN (8), and
GARY O. TOOMBS (10).

                Defendants.

## MEMORANDUM OF MATTERS DISCUSSED AND
## ACTION TAKEN AT PRETRIAL CONFERENCE

The following matters were discussed and action taken during the pretrial conference:

**PENDING CHARGES**:    The Superseding Indictment (Doc. 234) contains the following charges:

| | |
|---|---|
| Defendant Smith: | Counts 1- 3, 6-18 |
| Defendant Franklin: | Counts 1-2, 6-8, 19-24 |
| Defendant Duncan: | Counts 1, 6-7, 25-26, 35-39 |
| Defendant Brown: | Count 1 |
| Defendant Toombs: | Counts 1-2, 8 |

**TRIAL COUNSEL**:

| | |
|---|---|
| Government: | Ashleigh Ragner & Mary Kate Butterfield |
| Case Agent: | Special Agent Doug McKelway (FBI) |
| Defendant Smith: | Angela Hasty |
| Defendant Franklin: | Justin Johnston |
| Defendant Duncan: | Joshua Adams, Quinn Michaelis & Vincent Rivera |
| Defendant Brown: | Ellen Michaels, Lisa Dwyer & Marilyn Keller |
| Defendant Toombs: | Lance Haley |

**OUTSTANDING MOTIONS**:

| | |
|---|---|
| Defendant Smith: | *Daubert* motion to exclude testimony of Timothy Flohrschutz (Doc. 640) |
| | Motion to suppress wiretap evidence (Doc. 667) |
| | Motion to suppress social media records (Doc. 668) |
| Defendant Franklin: | *Daubert* motion to exclude testimony of Timothy Flohrschutz (Doc. 611) |
| | Motion to suppress wiretap evidence (Doc. 647) |
| | Motion to suppress social media records (Doc. 648) |
| Defendant Duncan: | None |

Defendant Brown:  Motion to suppress (Doc. 593), *R&R filed 7/20/22 (Doc. 694)*
                  Motion in limine (Doc. 700)
Defendant Toombs: None

**ANTICIPATED MOTIONS**:   All defendants plan to file motions in limine.

**TRIAL WITNESSES**:
  Government:       60 with stipulations; 80 without stipulations
  Defendant Smith: 1-5 witnesses; Defendant will not testify
  Defendant Franklin: 5-8 witnesses; Defendant may testify
  Defendant Duncan: 1-3 witnesses; Defendant may testify
  Defendant Brown: 1-2 witnesses; Defendant will not testify
  Defendant Toombs: 1-3 witnesses; Defendant may testify

**TRIAL EXHIBITS**:
  Government:          700 exhibits
  Defendant Smith:     15 exhibits
  Defendant Franklin:  20-30 exhibits
  Defendant Duncan:    20-30 exhibits
  Defendant Brown:     10-20 exhibits
  Defendant Toombs:    10 exhibits

**DEFENSES**:
  Defendant Smith:
  ( x )  defense of general denial
  (   )  defenses of general denial and _____

  Defendant Franklin:
  ( x )  defense of general denial
  (   )  defenses of general denial and _____

  Defendant Duncan:
  ( x )  defense of general denial
  (   )  defenses of general denial and _____

  Defendant Brown:
  ( x )  defense of general denial
  (   )  defenses of general denial and _____

  Defendant Toombs:
  ( x )  defense of general denial
  (   )  defenses of general denial and _____

**POSSIBLE DISPOSITION**:
    Defendant Smith:
    ( x ) Definitely for trial                   ( ) Possibly for trial
    ( ) Motion to continue to be filed     ( ) Likely a plea will be worked out

    Defendant Franklin:
    ( x ) Definitely for trial                   ( ) Possibly for trial
    ( ) Motion to continue to be filed     ( ) Likely a plea will be worked out

    Defendant Duncan:
    ( x ) Definitely for trial                   ( ) Possibly for trial
    ( ) Motion to continue to be filed     ( ) Likely a plea will be worked out

    Defendant Brown:
    ( x ) Definitely for trial                   ( ) Possibly for trial
    ( ) Motion to continue to be filed     ( ) Likely a plea will be worked out

    Defendant Toombs:
    ( x ) Definitely for trial                   ( ) Possibly for trial
    ( ) Motion to continue to be filed     ( ) Likely a plea will be worked out

**TRIAL TIME**:    **3 weeks**
    Government's case including jury selection:    2 weeks
    Defendant Smith's case: ½ - 1 day
    Defendant Franklin's case: ½ - 1 day
    Defendant Duncan's case: ½ day
    Defendant Brown's case: 1 day
    Defendant Toombs' case: ½ day

**STIPULATIONS**:    The Government plans to propose stipulations regarding chemistry, business records, chain of custody, foundation only as it pertains to wire intercepts, and foundation as to all exhibits generally.

    Defendant Smith:
    ( x )    not likely
    ( )     not appropriate
    ( )     likely as to:
        ( )    chain of custody
        ( )    chemist's reports
        ( )    prior felony conviction
        ( )    interstate nexus of firearm
        ( )    other: _____

Defendant Franklin:
- ( ) not likely
- ( ) not appropriate
- ( x ) likely as to:
    - ( ) chain of custody
    - ( ) chemist's reports
    - ( ) prior felony conviction
    - ( ) interstate nexus of firearm
    - ( x ) foundation

Defendant Duncan:
- ( ) not likely
- ( ) not appropriate
- ( x ) likely as to:
    - ( ) chain of custody
    - ( ) chemist's reports
    - ( ) prior felony conviction
    - ( ) interstate nexus of firearm
    - ( x ) foundation

Defendant Brown:
- ( ) not likely
- ( ) not appropriate
- ( x ) likely as to:
    - ( ) chain of custody
    - ( ) chemist's reports
    - ( ) prior felony conviction
    - ( ) interstate nexus of firearm
    - ( x ) foundation

Defendant Toombs:
- ( ) not likely
- ( ) not appropriate
- ( x ) likely as to:
    - ( ) chain of custody
    - ( ) chemist's reports
    - ( ) prior felony conviction
    - ( ) interstate nexus of firearm
    - ( x ) foundation

**UNUSUAL QUESTIONS OF LAW**: None

**FILING DEADLINES:**

    **Witness and Exhibit Lists**:
Government: August 8, 2022
Defense: August 8, 2022
**Counsel are requested to list witnesses in alphabetical order on their witness list.**

    **Exhibit Index, Voir Dire, Jury Instructions**:   August 8, 2022
**Jury instructions must comply with Local Rule 51.1**

    **Motions in Limine**:   August 8, 2022

**TRIAL SETTING**:   This case is specially set before Judge Kays August 29, 2022 through September 16, 2022 (Doc. 605)

**OTHER**:
    (  )   A _____-speaking interpreter is required.
    (  )   Other assistive devices: _____

    **IT IS SO ORDERED.**

                                              */s/ Jill A. Morris*
                                              JILL A. MORRIS
                                              United States Magistrate Judge